# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:26-mj- **123** |
| JORGE GONZALEZ-LOPEZ | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

**FILED**
APR 1 4 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 7, 2026 _____ in the county of _____ Hamilton _____ in the _____ Eastern _____ District of _____ Tennessee _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Henrique J. Leavitt, ICE Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/14/2026 _____

*Judge's signature*

City and state: _____ Chattanooga, Tennessee _____     Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*