# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA ) 

                             )    **1:26-mj-123**

        **V.**               )

                             )

**JORGE GONZALEZ-LOPEZ**         )

## O R D E R

On the petition of the United States of America by Francis M. Hamilton, III, United States

Attorney for the Eastern District of Tennessee, it is hereby **ORDERED** that:

1. The Clerk of this Court is instructed to issue a writ of *habeas corpus ad prosequendum* to the Sheriff/Warden of the Hamilton County Jail, Chattanooga, Tennessee to bring **Jorge Gonzalez-Lopez, FBI # 617767FD1,** before this Court at Chattanooga, Tennessee, on **May 5, 2026 at 11:30 a.m.**, for an Initial Appearance, or for other proceedings with respect to a complaint previously returned against him.

2. Jorge Gonzalez-Lopez shall remain in the custody of this Court until his case is resolved. Following resolution of Mr. Gonzalez-Lopez's case, he will be returned to the Hamilton County Jail, Chattanooga, Tennessee, unless this Court orders otherwise.

3. If the Sheriff/Warden so elects, the United States Marshal for the Eastern District of Tennessee (or any other duly authorized United States Marshal or Deputy United States Marshal) is directed to receive Jorge Gonzalez-Lopez into custody and transport him to and from said Hamilton County Jail, and to and from this Court for the purposes described herein.

**ENTER.**

_____
**CHRISTOPHER H. STEGER**
**UNITED STATES MAGISTRATE JUDGE**