Query   **Reports**   Utilities   **Help**   **What's New**   **Log Out**

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-00518-LRS-1

Case title: USA v. Gonzalez-Lopez

Other court case number: 1:26-mj-123 USDC - Eastern District of Tennessee

Date Filed: 05/04/2026

Date Terminated: 05/01/2026

---

Assigned to: Magistrate Judge Lawrence R. Sommerfeld

### Defendant (1)

**Jorge Gonzalez-Lopez**
*TERMINATED: 05/01/2026*

represented by **Jordan Singleton**
Federal Defender Program Inc.
101 Marietta St NW
Suite 1500
Atlanta, GA 30303
678-697-6919
Email: jordan_singleton@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1326(a) ILLEGAL REENTRY OF ALIENS | |

## Plaintiff

**USA**                                          represented by **Katherine Irene Terry**
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6000
Email: katie.terry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2026 | | Arrest (Rule 5(c)(3)) of Jorge Gonzalez-Lopez. (gww) (Entered: 05/04/2026) |
| 05/01/2026 | 1 | Minute Entry for proceedings held before Magistrate Judge Lawrence R. Sommerfeld: Initial Appearance in Rule 5(c)(3) Proceedings as to Jorge Gonzalez-Lopez held on 5/1/2026, Defendant waives Preliminary Hearing. Waiver filed., Detention Hearing as to Jorge Gonzalez-Lopez. (Attachments: # 1 Complaint and Affidavit) (Tape #FTR) Interpreted by Lee Hockaday.(gww) (Entered: 05/04/2026) |
| 05/01/2026 | 2 | WAIVER of Rule 5 & 5.1 Hearings by Jorge Gonzalez-Lopez. (gww) (Entered: 05/04/2026) |
| 05/01/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Jordan Singleton (Removal Only) for Jorge Gonzalez-Lopez as to Jorge Gonzalez-Lopez. Signed by Magistrate Judge Lawrence R. Sommerfeld on 5/1/2026. (gww) (Entered: 05/04/2026) |
| 05/01/2026 | 4 | MOTION for Detention by USA as to Jorge Gonzalez-Lopez. (gww) (Entered: 05/04/2026) |
| 05/01/2026 | 5 | CJA 23 Financial Affidavit by Jorge Gonzalez-Lopez. (gww) (Entered: 05/04/2026) |
| 05/01/2026 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Jorge Gonzalez-Lopez. Defendant committed to District of USDC - Eastern District of Tennessee. Signed by Magistrate Judge Lawrence R. Sommerfeld on 5/1/2026. (gww) (Entered: 05/04/2026) |
| 05/01/2026 | 7 | Magistrate Case Closed. Defendant Jorge Gonzalez-Lopez terminated. (gww) (Entered: 05/04/2026) |
| 05/04/2026 | | Notice to USDC - Eastern District of Tennessee of a Rule 5 or Rule 32 Initial Appearance as to Jorge Gonzalez-Lopez. Your case number is: 1:26-mj-123. The following documents are available on the public docket: 1 Initial Appearance - Rule 5(c)(3),, Defendant Waives Preliminary Hearing,, Detention Hearing, 6 Commitment to Another District, 4 Motion for Detention, 2 Waiver of Rule 5 Hearings, 3 Order Appointing Public Defender, 5 Financial Affidavit - CJA23. The clerk will transmit any restricted document via email. To request additional transfer information, please send a request to InterdistrictTransfer_GAND@gand.uscourts.gov. (gww) (Entered: 05/04/2026) |

. MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)    FILED IN OPEN COURT

DATE: **05/01/26** @ **12:38pm**

TAPE: FTR

TIME IN COURT: **20 min.**

MAGISTRATE JUDGE   LAWRENCE SOMMERFELD

COURTROOM DEPUTY CLERK:   UZMA WIGGINS

CASE NUMBER: **1:26-mj-518**

DEFENDANT'S NAME: **Jorge Gonzalez-Lopez**

AUSA: **Katie Terry**

DEFENDANT'S ATTY: **Jordan Singleton**

( ) Retained    ( ) CJA    (✓FDP    ( ) Waived

USPO / PTR: ____

✓ ARREST DATE **5/1/26**

____ Initial appearance hearing held.

____ Defendant informed of rights.

____ Interpreter sworn: **Lee Hockaday**
COUNSEL

✓ ORDER appointing Federal Defender as counsel for **(Removal Only)** defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.

✓ WAIVER FILED

____ Identity hearing HELD.    Def is named def. in indictment/complaint; held for removal to other district.

✓ Defendant WAIVES preliminary hearing in this district only.

✓ WAIVER FILED

____ Preliminary hearing HELD.    Probable cause found; def. held to District Court for removal to other district

✓ Commitment issued. Detention hearing to be held in charging district

## BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed .    @

____ Pretrial hearing set for    @    ( )    In charging district.)

____ Bond/Pretrial detention hearing held.

✓ Government motion for detention   ( ✓ GRANTED    ( ) DENIED

____ Pretrial detention ordered.    Written order to follow.

BOND set at _____   NON-SURETY _____   SURETY _____

_____ cash          _____ property     _____ corporate surety ONLY

SPECIAL CONDITIONS: _____

_____

_____ Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion   (   verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond   GRANTED _____   DENIED _____

_____ See page 2

_____

Page 2                    Defendant: _____        Case No.: _____

_____

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

_____

Original Exhibits          RETAINED by the Court          RETURNED to counsel

_____                              _____

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

United States of America )
v. )
)  Case No.  1:26-mj- **123**
JORGE GONZALEZ-LOPEZ )
)
)

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 7, 2026_____ in the county of _____Hamilton_____ in the
_____Eastern_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States. |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Henrique J. Leavitt, ICE Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

_____
_Judge's signature_

Date: _____04/14/2026_____

City and state: _____Chattanooga, Tennessee_____     Hon. Christopher H. Steger, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

AFFIDAVIT IN SUPPORT OF A            )
CRIMINAL COMPLAINT AGAINST           )      CASE NO. 1:26-mj-*123*
JORGE GONZALEZ-LOPEZ                  )
FOR VIOLATIONS OF 8 U.S.C. § 1326    )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Henrique J. Leavitt, being duly sworn, state the following:

1.      I am an Officer with Immigration and Customs Enforcement, assigned to the Chattanooga, Tennessee, office as a Deportation Officer.    I conduct investigations of matters within the jurisdiction of ICE in the Eastern District of Tennessee. I have been employed as an Officer of ICE since September 2025.

2.      I submit this affidavit for the limited purpose of establishing probable cause that Jorge Gonzalez-Lopez has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3.      The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4.      On or about April 7, 2026, ICE's Enforcement and Removal Operations ("ERO") encountered Gonzalez-Lopez within the Eastern District of Tennessee. They then verified his identity via a fingerprint match to Alien File (A-file) number 087

1

672 648. Based on my training and experience, I know that fingerprint analysis employed by ERO is a reliable method for confirming identity.

5.     Following identity confirmation, Gonzalez-Lopez's immigration files showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6.     Gonzalez-Lopez's files showed that he was removed from the United States on or about May 7, 2010, following a stipulated order of removal and after an Oklahoma conviction for rape in the second degree, a crime involving a twelve-year-old victim.

7.     I have examined the documentation in Gonzalez-Lopez's immigration file and found no evidence indicating that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removals.

8.     Based on the foregoing, I believe there is probable cause to conclude that Gonzalez-Lopez has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Jorge Gonzalez-Lopez.

{SIGNATURES NEXT PAGE}

2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

AFFIDAVIT IN SUPPORT OF A )
CRIMINAL COMPLAINT AGAINST )
JORGE GONZALEZ LOPEZ )     CASE NO. 1:26-mj-
FOR VIOLATIONS OF 8 U.S.C. § 1326 )

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Henrique Leavitt, being duly sworn, state the following:

1.     I am an Officer with Immigration and Customs Enforcement, assigned to the Chattanooga, Tennessee, office as a Deportation Officer. I conduct investigations of matters within the jurisdiction of ICE in the Eastern District of Tennessee. I have been employed as an Officer of ICE since September 2025.

2.     I submit this affidavit for the limited purpose of establishing probable cause that Jorge Gonzalez Lopez has violated 8 U.S.C. § 1326(a) by being found in the United States after having been previously removed and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

3.     The statements in this affidavit are based on my personal knowledge, official reports and records, and information provided to me by other law enforcement officers. Because this affidavit is submitted for a limited purpose, I have not included every fact known to me concerning this investigation. I have set forth only those facts necessary to support probable cause for the requested criminal complaint.

4.     On or about April 07, 2026, ICE's Enforcement and Removal Operations ("ERO") encountered Lopez within the Eastern District of Tennessee. They then verified his identity via a fingerprint match to Alien File (A-file) number 087 672 648.

1

Based on my training and experience, I know that fingerprint analysis employed by ERO is a reliable method for confirming identity.

5.    Following identity confirmation, Lopez immigration files showed that he is a citizen and national of Mexico and not a citizen or national of the United States.

6.    In addition, Lopez's immigration files confirmed that he was previously convicted of an 8 U.S.C. § 1326 violation in the Eastern District of Virginia in Case No. 1:07-cr-459, *United States v. Jorge Gonzalez Lopez*. Following this conviction and another federal conviction in the District of Maryland in Case No. 8:09-cr-471, Lopez was ordered removed from the United States to Mexico on or about April 20, 2010.

7.    Before his federal conviction, Lopez's files showed that he was removed from the United States on or about: May 07, 2010.

8.    I have examined the documentation in Lopez's immigration file and found no evidence indicating that he has sought or received permission from the Secretary of Homeland Security to reenter the United States following his prior removals.

9.    Based on the foregoing, I believe there is probable cause to conclude that Lopez has reentered and been found in the United States without having obtained the express consent of the Secretary of Homeland Security. In other words, he is unlawfully present in the United States following a prior deportation in violation of 8 U.S.C. § 1326(a). Accordingly, I respectfully request that a criminal complaint be issued in conjunction with an arrest warrant for Jorge Gonzalez Lopez.

Respectfully submitted,

2

_____
HENRIQUE LEAVITT
ICE DEPORTATION OFFICER


Sworn to and subscribed before me this 13th day of April, 2026.


_____
HON. MIKE J. DUMITRU
UNITED STATES MAGISTRATE JUDGE

3

AO 466A (Rev. 07/16)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 1 2026

KEVIN P WEIMER, Clerk
By_____ Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:26-MJ-0518 |
| | ) | |
| | ) | |
| JORGE GONZALEZ-LOPEZ | ) | Charging District's Case No.   1:26-MJ-123 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

_____Eastern District of Tennessee_____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     05/01/2026_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

~~Takiya Wheeler~~   Jordan Singleton
*Printed name of defendant's attorney*

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 1 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

JORGE GONZALEZ-LOPEZ

    Defendant.

CRIMINAL ACTION FILE NO.

1:26-MJ-518

## ORDER APPOINTING COUNSEL

## JORDAN SINGLETON (REMOVAL ONLY)

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.,** is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 1st day of May, 2026

_____
Lawrence R. Sommerfeld
United States Magistrate Judge

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 1 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action |
| v. | |
| Jorge Gonzalez-Lopez | No. 1:26-mj-518 |

### Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Katherine I. Terry, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   ☐ A crime of violence (18 U.S.C. § 3156);

   ☐ 18 U.S.C. § 1591 violation;

   ☐ An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with 10+ year maximum term of imprisonment;

   ☐ An offense having a maximum sentence of life imprisonment or death;

   ☐ A drug offense having a maximum term of imprisonment of 10 years or more;

   ☐ Any felony, if the defendant has been convicted of two or more offenses described above or two or more state or local offenses that would have

been offenses described above if a circumstance giving rise to federal jurisdiction had existed, or a combination of such offenses;

☐ Any felony involving a minor that is not otherwise a crime of violence;

☐ Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

☐ Any felony that is not otherwise a crime of violence but which involves a failure to register under 18 U.S.C. § 2250;

☑ A serious risk that the defendant will flee;

☐ A serious risk that the defendant will obstruct or attempt to obstruct justice;

☐ A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

## 2. Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## 3. Rebuttable Presumption Under 18 U.S.C. § 3142(e)(3)

☐ The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

2

☐ A drug offense having a maximum term of imprisonment of 10+ year drug offense.

☐ An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b violation.

☐ An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with 10+ year maximum term of imprisonment.

☐ An offense involving peonage, slavery, or trafficking in persons with 20+ year maximum term of imprisonment as set forth in section 77 of Title 18.

☒ An offense involving a MINOR victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

### 4.  Rebuttable Presumption Under 18 U.S.C. § 3142(e)(2)

☐ The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).  The presumption applies because:

This case involves an offense described in 18 U.S.C. § 3142(f)(1) and

> (a)   the defendant has been convicted of a federal offense that is described in 18 U.S.C. § 3141(f)(1) or of a state or local offense that would have been an offense described in 18 U.S.C. § 3141(f)(1) if a circumstance giving rise to federal jurisdiction had existed;

3

(b)    the offense described above in subparagraph (a) was committed while the defendant was on release pending trial for a federal, state, or local offense; and

(c)    a period of not more than five years has elapsed since the date of conviction, or the release of the person from imprisonment, for the offense described above in subparagraph (a), whichever is later.

## 5. Time for Detention Hearing

☐ The United States requests the Court conduct the detention hearing at initial appearance.

☑ The United States requests the Court conduct the detention hearing after a three-day continuance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated:  May 1, 2026

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

THEODORE S. HERTZBERG
United States Attorney

*Katherine J. Terry*

Katherine I. Terry
Assistant U.S. Attorney
Georgia Bar No. 229887

## Certificate of Service

I served this document today by handing a copy to defense counsel.

Dated: May 1, 2026

*Katherine I. Terry*

KATHERINE I. TERRY
Assistant U.S. Attorney

AO 94  (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 0 1 2026

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

NORTHERN               District of          GEORGIA

UNITED STATES OF AMERICA

**V.**

Jorge Gonzalez-Lopez

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | EDTN | 1:26-mj-518 | 1:26-mj-123 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    x Complaint    Other (specify)  Supervised Release

charging a violation of         8      U.S.C. §    1326(a)

**DISTRICT OF OFFENSE**

EASTERN DISTRICT OF TENNESSEE

**DESCRIPTION OF CHARGES:**

Reentry of an Illegal Alien

**CURRENT BOND STATUS:**

☐ Bail fixed at                          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    Retained Own Counsel    X Federal Defender Organization    CJA ☐ Attorney ☐ None

**Interpreter Required?**    No    Yes    Language:    Spanish

**DISTRICT OF**  Northern District of Georgia

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

05/01/2026
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

FILED IN OPEN COURT
U.S.D.C. - Atlanta

_ AO 94   (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MAY 0 1 2026

NORTHERN                District of                GEORGIA

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

## V.

**COMMITMENT TO ANOTHER DISTRICT**

Jorge Gonzalez-Lopez

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | EDTN | 1:26-mj-518 | 1:26-mj-123 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

| | Indictment | ☐ Information | x Complaint | Other (specify) | Supervised Release |
|---|---|---|---|---|---|

charging a violation of          8          U.S.C. §    1326(a)

**DISTRICT OF OFFENSE**

EASTERN DISTRICT OF TENNESSEE

**DESCRIPTION OF CHARGES:**

Reentry of an Illegal Alien

**CURRENT BOND STATUS:**

☐ Bail fixed at                          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**          Retained Own Counsel          X Federal Defender Organization

CJA
☐ Attorney ☐ None

**Interpreter Required?**          No          Yes          Language:          Spanish

**DISTRICT OF**  Northern District of Georgia

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

05/01/2026
Date

_L~R S~fk_
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |