UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) CASE NO. 1:26-CR-_40_
v. )
) JUDGES _Atchley/Dumitru_
JORGE GONZALEZ-LOPEZ )

## INDICTMENT

### COUNT ONE
### (ILLEGAL REENTRY)

The Grand Jury charges that on or about April 7. 2026, at or near Hamilton County, in the Eastern District of Tennessee, the defendant, **JORGE GONZALEZ-LOPEZ**, an alien, was found in the United States after having been removed, excluded, and deported therefrom on or about May 7, 2010, at or near Hidalgo, Texas, subsequent to a conviction for the commission of an aggravated felony as defined by Title 8, United States Code, Section 1101(a)(43), and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

### COUNT TWO
### (SORNA VIOLATION)

The Grand Jury charges that, in between on or about January 1, 2017, and April 6, 2026, in the Eastern District of Tennessee and elsewhere, **JORGE GONZALEZ-LOPEZ**, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act as a result of being convicted of Second-Degree Rape in Oklahoma, on or about December 21, 2009, having, after said

conviction, traveled in interstate commerce, did knowingly fail to register as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III,
UNITED STATES ATTORNEY

By: _____
SARAH E. KLAPMAN
Assistant United States Attorney