Revised 07/17/2025

# CRIMINAL CASE COVER SHEET

By: ☒ INDICTMENT ☐ SUPERSEDING    Case Number:
☐ INFORMATION (*Requires AO 455 Waiver of Indictment for Felony Cases*)
☐ RULE 20

---

USA v. Jorge Gonzalez-Lopez

☒ Felony    ☐ Class A Misdemeanor (*AO 86A Consent form required at Initial Appearance*)
☐ Misdemeanor (Not Class A)    ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case    ☐ Zone A    ☐ Zone B    ☐ 11(c)(1)(C)
☐ Charges/Counts Added

Name of Assigned AUSA: Sarah E. Klapman

Matter Sealed:    YES    ✗ NO    Place of Offense: Hamilton County

☐ Interpreter Required    Language: _____

Issued:    ☐ WARRANT    ☐ SUMMONS    ☒ WRIT (*Motion to be filed*)

Arresting Agency:    ☐ DEA    ☐ ATF    ☒ USMS    ☐ FBI    Other: ICE

---

Current Trial Date (*if any*):    before Judge

☒ Criminal Complaint Filed    Case Number: 1:26-MJ-123
☐ Defendant on Supervised Release    Case Number:

---

Related Case/Attorney:

Case Number:    Attorney:

Reason for Related Case Determination:

---

Defense Counsel (*if any*):

☐ Federal Defender    ☐ CJA    ☐ Retained

Appointed by Target Letter    Case Number:
Appointed in Pending Indictment    Case Number:

---

CHARGES: Total number of Counts for this Defendant: 2

Attorney Signature: *K.H.Cook* Keith H. Cook
for Sarah Klapman

# CRIMINAL CASE COVER SHEET

Case Number:
USA v.  Jorge Gonzalez-Lopez

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 8 U.S.C. §§ 1326 (a) and (b)(2) | Illegal Reentry | Y | 1 | |
| 18 U.S.C. § 2250(a) | Failure to Register as Required by the Sex Offender Registration and Notification Act | Y | 2 | |