U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Chattanooga
Date: 5/26/2026          Courtroom: 1B - Chattanooga

Initial Appearance: ☐Complaint ☑Indictment ☐SSI ☐Information ☐Violation Petition
☑Rule 5
Other Hearing: ☑Arraignment ☐Arraignment on SSI

## Case No. 1:26-cr-40                    USA v.  Jorge Gonzalez-Lopez

Present Before: HONORABLE Susan K. Lee                    ☑U.S. Magistrate Judge

**Frank Clark**                    **Damon Burk**
Assistant U.S. Attorney           Attorney for Defendant         US Probation Officer
                                  ☑Appt. ☐Retd. ☐Ltd. App.
Dana Bellamy                      Digital Recording 1B           Nikolaj Widenmann
Courtroom Deputy                  Court Reporter / Digital Recording    Interpreter
                                                                 ☑SWORN

**PROCEEDINGS**:
☑ Financial affidavit executed        Court Appointed: ☑Federal Defender or ☐CJA Attorney
☐ Deft. retained an attorney          ☐Deft. WAIVED appointment of an attorney
☐ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information        ☐Indictment/Information Read
☑ Deft. pleads not guilty on counts 1 & 2              ☐Deft. entered no plea
☑ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination        ☐Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety        ☐Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

### DATES SET:

Jury Trial: _____        Final Pretrial Conf.: _____
Detn Hrg: _____          Preliminary Examination: _____
Arraignment: _____       Motion Hrg: _____
Status Conf: _____       Other Hrg: _____
Revocation Hrg: _____

### DEADLINES SET:

Discovery Ddl: _____      Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____     Response Ddl: _____
Plea Ddl: _____           Other: _____

BOND:
☑ Government moved for detention
☑ Dft WAIVED detention hrg. ☐Detention hrg. set ☐Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy _____, Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file.
DCR File: 1-26-cr-40  20260526  133724 _____    Court time: 2:02 _____ to 2:12 _____